# EXHIBIT A



Joseph E. White III
jwhite@saxenawhite.com

July 31, 2008

Stryker Corp.
2825 Airview Boulevard
Kalamazoo, MI 49002

Re: Formal Demand on the Board of Directors of Stryker Corp.

Dear Sirs:

This correspondence is submitted on behalf of Westchester Putnam Counties Heavy and Highway Laborers Local 60 Pension Fund, a current and continuous shareholder of Stryker Corp. ("Stryker" or the "Company") common stock at all relevant times, and constitutes a formal demand on the Board of Directors of the Company seeking to remedy any legal violations committed by the Company's current and former officers and directors (collectively referred to as the "Officers and Directors") during the period beginning January 1, 2001 at the latest, and continuing through December 31, 2007 at the earliest (the "Relevant Period").

Throughout the Relevant Period, it appears that Stryker's Officers and Directors caused the Company to enter into consulting and professional service agreements with orthopedic surgeons which served as illegal inducements to use the Company's hip and knee joint replacement and reconstruction products. These consulting agreements constituted violations of various federal civil and criminal laws, including the anti-kickback statute, the Foreign Corrupt Practices Act, and antitrust laws.

The wrongful and illegal conduct of the Company's Officers and Directors led to separate investigations by the United States Department of Justice ("DOJ"), the United States Securities and Exchange Commission ("SEC"), and the DOJ Antitrust Division. In order to resolve the DOJ's initial investigation, Stryker entered into a non-prosecution agreement which requires the Company to comply with certain standards and procedures in connection with the retention of and payment to orthopedic surgeon consultants. As of May 5, 2008, the SEC investigation regarding possible violations of the Foreign Corrupt Practices Act remains open.

Throughout the Relevant Period, Stryker's financial reports and press releases were materially false and misleading as a result of the illegal kickback scheme. The Company's Officers and Directors routinely misrepresented Stryker's true financial condition and future business prospects and omitted to tell the truth with respect to these matters. This information was false and misleading because it appears the Officers and Directors failed to disclose and misrepresented the following material adverse facts, among others:

1. that the Company had entered into consulting and professional service agreements with orthopedic surgeons, orthopedic surgeons in training, and medical school graduates;

Saxena White P.A.
www.saxenawhite.com
2424 North Federal Highway, Suite 257, Boca Raton, Florida, 33431 Tel.: (561) 394-3399 Fax: (561) 394-3382

BOSTON          BOCA RATON          SAN FRANCISCO

2. that such agreements served as financial inducements for the surgeons to use Stryker's artificial hip and knee reconstruction and replacement products;

3. that the illegal kickback scheme perpetrated by Stryker's Officers and Directors and other industry participants constituted violations of federal civil and criminal laws, including the anti-kickback statute and the Foreign Corrupt Practices Act;

4. that, as a result, Stryker's publicly disseminated financial reports and press releases during the Relevant Period were false and misleading and omitted material information; and

5. that the Company's internal controls were inadequate during the Relevant Period.

As a result of this illegal kickback scheme, Stryker has spent substantial sums in connection with the DOJ and SEC investigations and the Company faces significant exposure to SEC penalties, fines and legal liability. Although Stryker's Officers and Directors had engaged in the scheme throughout the Relevant Period, they failed to disclose to the investing public the truth regarding the Company's practices.

As you are aware, the Board of Directors owes a fiduciary duty to Stryker to supervise the practices of the Company and the issuance of its press releases and public filings to ensure that they were truthful and accurate and that they conformed to all applicable laws and regulations. It appears that the Board has breached their fiduciary duties by failing to properly supervise and monitor the adequacy of Stryker's internal controls, permitting the omissions to remain undisclosed, and allowing misleading statements and filings to be issued and disseminated.

The Company should not have to bear the enormous financial burdens caused by the actions of the Officers and Directors who appear to have breached their fiduciary duties to Stryker by issuing false and misleading statements on behalf of the Company and/or completely failing to discharge their oversight responsibilities. As a result of the conduct by the Officers and Directors, each one of them should be held accountable and liable to Stryker.

Accordingly, Westchester Putnam Counties Heavy and Highway Laborers Local 60 Pension Fund, on behalf of the shareholders of Stryker common stock, demands that the Stryker Board of Directors investigate and bring forward all appropriate legal action against any offending Director, Officer, or other person or entity who is found to have committed or participated in the wrongdoing described in this letter, and implement the following measures (including bringing all appropriate legal action to enforce any such measures) to redress the wrongs complained of herein:

1. The Board should require the Officers and Directors to account to the Company for all damages sustained or to be sustained by the Company by reason of the wrongs and misconduct complained of herein;

2
Saxena White P.A.
www.saxenawhite.com
2424 North Federal Highway, Suite 257, Boca Raton, Florida, 33431 Tel.: (561) 394-3399 Fax: (561) 394-3382

BOSTON            BOCA RATON            SAN FRANCISCO

2. The Board should require the Officers and Directors to return to Stryker all salaries, bonuses, and the value of other remuneration of whatever kind paid to them by the Company during the time they were in breach of the fiduciary duties they owed to Stryker; and

3. The Board should require the Officers and Directors to pay interest at the highest rate allowable by law on the amount of damages sustained by the Company as a result of their culpable conduct.

If the Board decides not to act on this demand in any way, decides to take any action in relation to this letter, or should the Board have any questions or concerns regarding these issues, please notify me by letter or electronic mail.

Very truly yours,

Joseph E. White III

Via: UPS Next Day Air Tracking # 1Z27F8F70192066801

3
Saxena White P.A.
www.saxenawhite.com
2424 North Federal Highway, Suite 257, Boca Raton, Florida, 33431 Tel.: (561) 394-3399 Fax: (561) 394-3382

BOSTON    BOCA RATON    SAN FRANCISCO