# EXHIBIT B

**Austin McCook**

| | |
|---|---|
| From: | UPS Quantum View [auto-notify@ups.com] |
| Sent: | Friday, August 01, 2008 10:15 AM |
| To: | Austin McCook |
| Subject: | UPS Delivery Notification, Tracking Number 1Z27F8F70192066801 |



\*\*\*Do not reply to this e-mail. UPS and Saxena White PA will not receive your reply.

**At the request of Saxena White PA, this notice alerts you that the shipment listed below has been delivered.**

**Important Delivery Information**

**Delivery Date / Time:** 01-August-2008 / 9:48 AM
**Delivery Location:** PHARMACY
**Signed by:** MARTIN

## Shipment Detail

**Ship To:**
Stryker Corp
2825 AIRVIEW BLVD
PORTAGE
MI
49002
US

| | |
|---|---|
| **UPS Service:** | NEXT DAY AIR |
| **Shipment Type:** | Letter |
| **Tracking Number:** | 1Z27F8F70192066801 |
| **Reference Number 1:** | Stryker Corp. Demand Letter |

1

 Discover more about UPS:
Visit www.ups.com
Sign Up For Additional E-Mail From UPS
Read Compass Online

© 2008 United Parcel Service of America, Inc. UPS, the UPS brandmark, and the color brown are trademarks of United Parcel Service of America, Inc. All rights reserved.
For more information on UPS's privacy practices, refer to the UPS Privacy Policy.
Please do not reply directly to this e-mail. UPS will not receive any reply message.
For questions or comments, visit Contact UPS.

This communication contains proprietary information and may be confidential. If you are not the intended recipient, the reading, copying, disclosure or other use of the contents of this e-mail is strictly prohibited and you are instructed to please delete this e-mail immediately.
Privacy Policy
Contact UPS


2