# EXHIBIT C

Case 1:10-cv-00284-GJQ   Document 1-4   Filed 03/25/2010   Page 1 of 3

2825 Airview Boulevard
Kalamazoo, MI 49002
t: 269 385 2600

**stryker**

August 15, 2008

Joseph E. White III, Esq.
**Saxena White P.A.**
2424 North Federal Highway
Suite 257
Boca Raton, Florida 33431

                RE:    <u>Formal Demand on the Board of Directors of Stryker Corporation</u>

Dear Mr. White:

       As Chairman of the Audit Committee of the Board of Directors of Stryker Corporation, I write in response to your letter to Stryker Corporation, dated July 31, 2008. You state in your letter that there has been "[w]rongful and illegal conduct of the Company's Officers and Directors," which has led to separate investigations by the Antitrust and Criminal Divisions of the United States Department of Justice and by the United States Securities and Exchange Commission. According to your letter at p.1:

> [I]t appears that Stryker's Officers and Directors caused the Company to enter into consulting and professional service agreements with orthopedic surgeons which served as illegal inducements to use the Company's hip and knee joint replacement and reconstruction products. These consulting agreements constituted violations of various federal civil and criminal laws, including the anti-kickback statute, the Foreign Corrupt Practices Act, and antitrust laws.

      Please be advised that the Audit Committee of the Board of Directors, which consists entirely of independent Board members, has been monitoring the Company's response to pending governmental inquiries and is investigating the matters raised in your letter, among others. Upon conclusion of that investigation, the Audit Committee will make a determination of whether it is in the best interests of the Corporation to pursue legal action against any Stryker officers or directors of the type demanded in your letter. The Audit Committee takes its responsibilities to the Company very seriously and is diligently reviewing these matters.

      Please provide any information you have that you believe supports the allegations in your letter regarding the conduct of Stryker's officers and directors. Please send this information to me at Stryker Corporation.

Additionally, please send to me information sufficient to show that your client, Westchester Putnam Counties Heavy and Highway Laborers Local 60 Pension Fund, is and has been a shareholder of Stryker since January 1, 2001 as stated in your letter. Please include in this correspondence data indicating the size of your client's holdings.

Very truly yours,

William U. Parfet,
Chairman of the Audit Committee
of the Board of Directors of Stryker Corporation